WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard E. Standridge,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Untied States of America,<br><br>　　　　Defendant. | No. CV-07-1468-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Emergency Rule 41(G) Motion for the Return of Seized Property (Doc. 1). Based on the nature of the motion and the allegations set forth therein,[1]

**IT IS HEREBY ORDERED** that Defendant shall file its Response no later than **August 13, 2007.**

**IT IS FURTHER ORDERED** that Plaintiff shall file its Reply no later than Monday **August 20, 2007.**

**IT IS FURTHER ORDERED** that in the event the Court finds it necessary, a hearing will be scheduled upon full briefing of the motion.

DATED this 7th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] In response to Plaintiff's footnote 5, counsel is advised to verify that the Middle District of Florida has in fact forwarded all required documents to this Court. Furthermore, counsel is advised that **this Court is bound only by Ninth Circuit and Arizona authority,** and despite the inclusion of the following in Plaintiff's motion, the Court is not bound by Alabama, Florida, Massachusetts, Second Circuit, Third Circuit, Fifth Circuit, or Eighth Circuit precedent.