WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard E. Standridge, | ) | No. CV-07-1468-PHX-SMM |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Untied States of America, | ) | |
| | ) | |
|     Defendant. | ) | |

Pending before the Court is Defendant's Motion for Extension of Time to Respond to Plaintiff's Emergency Rule 41(G) Motion for the Return of Seized Property (Doc. 8). Good cause shown,

**IT IS HEREBY ORDERED** that the time for the United States of America to respond to Plaintiff's Motion for the Return of Seized Property (Doc. #1) is hereby extended from August 13, 2007 to August 14, 2007.

DATED this 14th day of August, 2007.


Stephen M. McNamee
United States District Judge

Dockets.Justia.com