**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard E. Standridge,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Untied States of America,  )<br>  )<br>    Defendant.  ) | No. CV-07-1468-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time to file his Reply brief in Support of his Emergency Rule 41(G) Motion for the Return of Seized Property (Doc. 11). Good cause shown,

**IT IS HEREBY ORDERED** that the time for the Plaintiff to file his Reply brief in Support of his Emergency Rule 41(G) Motion for the Return of Seized Property is hereby extended from August 20, 2007 to August 21, 2007.

DATED this 21st day of August, 2007.

_____
Stephen M. McNamee
United States District Judge