**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard E. Standridge,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Untied States of America,<br><br>　　Defendant. | No. CV-07-1468-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion for Leave to Exceed Page Limits in his Reply brief in support of his Emergency Rule 41(G) Motion for the Return of Seized Property (Doc. 11). Good cause appearing,

　　　　**IT IS HEREBY ORDERED** that the page limitation for Plaintiff's Reply in Support of his 41(g) Motion for Return of Property is extended from 11 to 15 pages.

　　　　DATED this 21st day of August, 2007.

_____
Stephen M. McNamee
United States District Judge