**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard E. Standridge,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　Defendant. | No. CV-07-1468-PHX-SMM<br><br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Seal Previously Filed Exhibits (Doc. 18) pertaining to Plaintiff's Rule 41(g) Motion for Return of Property. The Court has considered Plaintiff's request and has determined that because Plaintiff set forth the explicit details of each of the exhibits it requests to be placed under seal, without requesting that the motion itself be placed under seal, Plaintiff's Motion to Seal Previously Filed Exhibits (Doc. 18) is **DENIED.**

DATED this 23rd day of August, 2007.

_____
Stephen M. McNamee
United States District Judge