**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard E. Standridge, | ) No. CV-07-1468-PHX-SMM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| Untied States of America, | ) |
| | ) |
| Defendant. | ) |

Based upon the Motion of the United States of America, and good cause appearing,

**IT IS HEREBY ORDERED** that the Government's Motion for Leave to File a Supplemental Response to Plaintiff's Rule 41(g) Motion (Doc. #23) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Government's Supplemental Response to Plaintiff's Rule 41(g) Motion lodged with the Government's Motion shall be electronically filed by the Clerk.

**IT IS FURTHER ORDERED** that Plaintiff shall have until September 10, 2007, in which to file any response.

DATED this 31st day of August, 2007.

Stephen M. McNamee
United States District Judge